AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  SHABAZ, JOHN C | 2. Court or Organization  U.S. District Court, W.D. Wis. | 3. Date of Report  05/01/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  U.S. COURTHOUSE P.O. BOX 591 MADISON, WI 53701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | For benefit of others VII: entries 7, 11, 12, 15, 16 |
| 2. Co-Trustee | Trust VII, entry 1, Attachment 1 |
| 3. Co-Trustee | Irrevocable Trust VII, entry 10, Attachment 3 |
| 4. Co-Trustee | Qualified personal residence trust |
| 5. Co-Trustee | Qualified personal residence trust |
| 6. | term expired - treasurer, Eastside Lutheran Church |
| 7. Member | Cherokee Association, Madison WI, a residential association, member. |
| 8. Member | Cherokee CC, Madison, WI athletic social club, member |
| 9. | voluntarily terminated - Lakeside Lutheran School, Board of Regents |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Stipulation dated 1/3/1985 in which Wisconsin Retirement System benefits have been irrevocably assigned to another. (VII-4) (alimony) |
| 2. | |

RECEIVED 2008 MAY 12 A 11: 31 FINANCIAL DISCLOSURE OFFICE

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2 | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust (Part I, Item 4) | E | Interest | N | T | Attachment 1 | | | | |
| 2. Government Life Ins. (VA) | A | Interest | J | T | | | | | |
| 3. Federated Utility Fund, Inc. IRA | B | Dividend | K | T | | 12/31 | J | | Required IRA Distr for 07 |
| 4. Wisconsin Retirement System | D | Pension | K | T | | | | | (Part II, 1) |
| 5. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 6. Wisconsin ST GO SER D 1990 BDS, Higher Education Service | A | Interest | K | T | | | | | |
| 7. Bank Mutual Corp | A | Dividend | J | T | | | | | (Part 1, 1) |
| 8. Robert W. Baird & Co. TT FBO Aggregate Pension PFT | F | Interest | O | T | Attachment 2 | 12/31 | J | | Required 401K Distr for 07 |
| 9. | | | | | | | | | |
| 10. Irrevocable Trust | E | Interest | N | T | Attachment 3 | | | . | (Part 1, 2) |
| 11. ▆ Trust | A | Interest | J | T | Attachment 4 | | | | (Part 1, 1) |
| 12. ▆ Trust | A | Interest | J | T | Attachment 5 | | | | (Part 1, 1) |
| 13. Pepsico | B | Dividend | K | T | | | | | |
| 14. Great Midwest Bank, Brookfield, WI | A | Interest | J | T | | | | | checking account |
| 15. ▆ Trust | A | Interest | J | T | Attachment 6 | | | | (Part 1, 1) |
| 16. ▆ Trust | A | Interest | J | T | Attachment 7 | | | | (Part 1, 1) |
| 17. Bank One n/k/a Chase Bank, Madison, WI | A | Interest | J | T | | | | | checking account |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. M&I Bank, Madison, WI | A | Interest | J | T | | | | | savings account |
| 19. Associated Bank, Madison, WI | A | Interest | J | T | | | | | checking account |
| 20. Goldman Sachs (See Attachment 4) | | | | | | | | | |
| 21. Morgan Stanley (See Attachment 4) | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 05/01/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Northwestern Mutual Life Insurance policies.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE&#8203; &#8203;IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ATTACHMENT 1 (PART VII, ITEM 1)
TRUST ████████

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Government Securities/Cash/ Money Market | B | K |
| Citigroup Capital VIII | C | L |
| CORTS TR II Bell South 7% | D | L |
| ING Groep N V | A | K |
| Royal Bank of Scotland | A | L |

The following transactions took place during the year 2007:

ATTACHMENT 2 (PART VII, ITEM 8)

Robert W. Baird Self-Directed Pension/Profit Plan and Trust
Robert W. Baird & Co., Inc., Trustee, FBO John C. Shabaz
Keogh Profit Sharing, ██████████, Milwaukee, Wisconsin, ████

    The undersigned, pursuant to appropriate resolution, has previously designated Robert W. Baird & Co., Inc. as trustee of his retirement plan; that all assets of the plan should be invested through an account with Robert W. Baird & Co., Inc. and said company is authorized and directed to perform any and all acts determined in its discretion to be necessary or appropriate to accomplish the intent of the foregoing resolution.

    Holdings in said plan as of December 31, 2007 are as follows:

| SECURITY | INCOME | MARKET VALUE |
|---|---|---|
| Lasalle Natl Bank Zero CPN CD 10/31/08 | C | L |
| Green Tree Finl Corp. Due 02/01/30 | C | K |
| M&I Bank | A | J |
| Morgan Stanley Capital | B | K |
| Corp Backed Trust CTS Goldman Sachs | NA | K |
| Corp Backed TR CTFS Republic New York Corp | C | L |
| Citigroup Capital | D | M |

Common Stock as follows:

| | | |
|---|---|---|
| General Electric Co. | B | K |
| Johnson & Johnson | A | K |
| Kohl's Corp. | NA | L |
| Oracle Corp. | NA | J |
| Citigroup Preferred | D | M |
| Bell South Cap. | B | K |
| Merrill Lynch PFD CAP TR | C | K |
| Bank of America Corp | A | K |
| Saturns Goldman Sachs | B | K |
| Cash/Money Market | A | J |

The following transactions took place during the year 2007:

| DATE | SECURITY | AMOUNT |
|------|----------|--------|
| **Sold/ Redeemed:** | | |
| 5/24/07 | Amgen | K |
| 12/12/07 | ING Group N V | K |

| | | INCOME | AMOUNT |
|------|----------|--------|--------|
| **Bought:** | | | |
| 6/7/07 | ING Group N V | | K |
| 12/10/07 | Royal Bank of Scotland | | J |

ATTACHMENT 3 (PART VII, ITEM 10)
Irrevocable Trust

|  | INCOME | VALUE |
|---|---|---|
| Money Mkt & Cash Account, M&I Bank | A | J |
| GNMA Pool #305552 8.75% 5/15/11 | A | J |
| Maricopa County AZ Revenue Bond | NA | K |
| IL DEV FIN ATH RV PRVENA HLTH SR A RFDG MBIA B/E due 05/15/23 | B | K |
| WISCONSIN ST HLTH & EDL FACS AUTH RV AMBAC UTD due 12/15/27 | C | L |
| Merrill Lynch PFD CAP 7.28% | B | K |
| Saturns Goldman Sachs | A | K |
| Corp Backed Trust CTFS Goldman Sachs | B | K |
| Morgan Stanley Capital | B | K |
| Royal Bank of Scotland | D | L |
| ING Groep N V | B | K |

Common Stock as follows:

| | INCOME | VALUE |
|---|---|---|
| Midwest Express Holdings | A | J |

The following transactions took place during the year 2007:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Sold: | 5/15/07 | GNMA Pool #316399 9.25% 8/15/02 | K |

| DATE | SECURITY | INCOME | AMOUNT |
|------|----------|--------|--------|
| Bought: | | | |
| 6/7/07 | ING Groep N V | A | J |

ATTACHMENT 4 (PART VII, ITEM 11)
████████████ TRUST
JOHN C. SHABAZ CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Money Market/ Cash | B | J |
| Saturns Goldmans Sachs | A | J |
| Morgan Stanley Capital Trust IV PFD 6.25% | A | K |
| Corp Backed Trust CTFS Goldman Sachs | A | J |
| Merrill Lynch | A | J |

The following transactions took place during the year 2007:

| DATE | SECURITY | AMOUNT |
|---|---|---|
| **Called & Redeemed:** | | |
| 5/21/07 | Morgan Stanley CAP TR II PFD 7.25% | J |
| **Bought:** | | |
| 6/7/07 | ING Groep N V | J |

ATTACHMENT 5 (PART VII, ITEM 12)
████████████ TRUST
JOHN C. SHABAZ CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Money Market/ Cash | A | J |
| Morgan Stanley Capital Trust IV PFD 6.25% | B | K |
| Merrill Lynch | A | K |

The following transactions took place during the year 2007:

| DATE | SECURITY | AMOUNT |
|---|---|---|
| Sold/ Redeemed: | | |
| 5/31/07 | Saturns Goldmans Sachs | J |

ATTACHMENT 6 (PART VII, ITEM 15)

██████████████████ TRUST
████████████████ CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|----------|--------|-------------------------|
| General Money Market/ Cash | A | J |
| Citigroup Capital TR II PFD 7.25% | A | J |
| Saturns Goldmans Sachs | A | J |
| ING Groep N V | A | J |
| Royal Bank of Scotland | A | J |

The following transactions took place during the year 2007:

| DATE | SECURITY | AMOUNT |
|------|----------|--------|
| Called & Redeemed: | | |
| 2/7/07 | Saturns BellSouth | J |

ATTACHMENT 7 (PART VII, ITEM 16)

██████████████ TRUST

███████████████ CUSTODIAN

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Money Market/ Cash | A | J |
| Citigroup Capital TR II PFD 7.25% | A | J |
| Saturns Goldmans Sachs | A | J |
| ING Groep N V | B | K |

The following transactions took place during the year 2007:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Sold: | | | |
| | 2/7/07 | Saturns BellSouth | J |
| | 12/10/07 | Royal Bank of Scotland | J |